FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 MAR 14 PM 2:57

CLERK _____
 _____ DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) **CR118 013** |
| v. | ) 18 U.S.C. §§ 247(a)(2) and (d)(3) |
| | ) Obstruction of Persons in the |
| PRESTON Q. HOWARD | ) Free Exercise of Religious Beliefs |
| | ) (3 Counts) |
| | ) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Obstruction of Persons in the Free Exercise of Religious Beliefs*
18 U.S.C. §§ 247(a)(2) and (d)(3)

On or about June 22, 2017, in Columbia County, within the Southern District of Georgia, and elsewhere, the defendant,

**PRESTON Q. HOWARD,**

in or affecting interstate commerce, did intentionally obstruct, and attempt to obstruct, by threat of force, members of the Islamic Society of Augusta in the enjoyment of the members' free exercise of their religious beliefs, in that the defendant used a mobile telephone to call the Islamic Society of Augusta and left four voicemail messages that included the threatened use of a dangerous weapon, and explosives by stating the following:

| Date/Time | Nature of Threats Made |
|---|---|
| June 22, 2017<br>6:36 a.m. | He would:<br>… kill<br>… blow their heads off<br>… chop their heads off<br>… post bombs in the mosque<br>… kill Muslims in this country |

| Date/Time | Nature of Threats Made |
|---|---|
| June 22, 2017 6:39 a.m. | He would: <br> … blow up the mosque <br> … have a firearm next time they have a prayer and to shoot them <br> … shoot you when you come into the mosques <br> … behead you <br> … end Muslim religion in this country <br> … shoot and kill you |
| June 22, 2017 6:44 a.m. | He would: <br> … start killing your people <br> … shoot and kill Muslims <br> … shoot and kill |
| June 22, 2017 6:50 a.m. | He would: <br> … shoot you <br> … come with his friends to your mosques and blow the heads off the people in your mosques <br> … caller knows where you live and will blow your head off |

All in violation of Title 18, United States Code, Sections 247(a)(2) and (d)(3).

## COUNT TWO
*Obstruction of Persons in the Free Exercise of Religious Beliefs*
18 U.S.C. §§ 247(a)(2) and (d)(3)

On or about July 11, 2017, in Columbia County, within the Southern District of Georgia, and elsewhere, the defendant,

### PRESTON Q. HOWARD,

in or affecting interstate commerce, did intentionally obstruct, and attempt to obstruct, by threat of force, members of the Islamic Society of Augusta in the enjoyment of the members' free exercise of their religious beliefs, in that the defendant used a mobile telephone to call the Islamic Society of Augusta and left two voicemail messages that included the threatened use of a dangerous weapon and fire by stating the following:

| Date/Time | Nature of Threats Made |
|---|---|
| July 11, 2017 before 2:43 a.m. | He/they would: <br> … douse you with gasoline <br> … light you on fire <br> … hunt you down … shoot you and kill you <br> … look for you, and know your address <br> … behead you <br> … zone in on Muslims |
| July 11, 2017 2:43 a.m. | He/they would: <br> … murder you <br> … put a bullet in your brain and we know where you live <br> … put you in a body bag <br> … kill you and get you out of this country |

All in violation of Title 18, United States Code, Sections 247(a)(2) and (d)(3).

## COUNT THREE
*Obstruction of Persons in the Free Exercise of Religious Beliefs*
18 U.S.C. §§ 247(a)(2) and (d)(3)

On or about August 8, 2017, in Columbia County, within the Southern District of Georgia, and elsewhere, the defendant,

### PRESTON Q. HOWARD,

in or affecting interstate commerce, did intentionally obstruct, and attempt to obstruct, by threat of force, members of the Islamic Society of Augusta in the enjoyment of the members' free exercise of their religious beliefs, in that the defendant used a mobile telephone to call the Islamic Society of Augusta and left a voicemail message that included the threatened use of a dangerous weapon by stating the following:

| Date/Time | Nature of Threats Made |
|---|---|
| August 8, 2017 4:12 a.m. | … you will be killed<br>… we will be killing you Muslims in our country<br>… caller knows where you live and will put a bullet in your head<br>… caller will execute you |

All in violation of Title 18, United States Code, Sections 247(a)(2) and (d)(3).

*(Signatures continue below for Criminal Information of Preston Q. Howard)*

_____
Bobby L. Christine
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Criminal Division Chief

_____
Nancy C. Greenwood  (Lead counsel)
Assistant United States Attorney